B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Rodolfo Jaramillo
Zenaida Jaramillo
Debtor(s)

Case No. 13 B 45498
Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __76.50__ Check one  ☐ With the filing of the petition, or
              ☒ On or before __December 23, 2013__

$ __76.50__ on or before __January 23, 2014__

$ __76.50__ on or before __February 24, 2014__

$ __76.50__ on or before __March 24, 2014__

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date __12/11/13__

_____
United States Bankruptcy Judge